470 F.2d 994
 Joel J. TARTELL, Appellant,
v.
CHELSEA NATIONAL BANK, Appellee.
 No. 156, Docket 72-1665.
 United States Court of Appeals,
Second Circuit.
 Argued Nov. 15, 1972.
Decided Nov. 15, 1972.
 
 Harold L. Young, New York City (Young, Sonnenfeld & Busner, New York City, on the brief), for appellant.
 Jerome J. Londin, New York City (Carro, Spanbock & Londin, Kenneth A. Lapatine, New York City, on the brief), for appellee.
 Before SMITH, KAUFMAN and MULLIGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed essentially for the reasons stated in Judge Tyler's opinion below. 351 F.Supp. 1071.